UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-605-T-17AEP

ESVIN RANDOLFO PINEDA-MEJIA

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for the following assets:

1. Approximately 14 million Colombian pesos (valued at approximately $4,798.14 in U.S. currency); and

2. Approximately 55 Guatemalan quetzals (valued at approximately $7.35 in U.S. currency).

Being fully advised of the relevant facts, the Court hereby finds that the assets identified above were used, or intended to be used, to facilitate the commission of the offense charged in Count One of the Indictment, to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

CASE NO. 8:17-CR-605-T-17AEP

It is FURTHER ORDERED that, pursuant to 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified on page one above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 20th day of November, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record