UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-605-T-17AEP

ESVIN RANDOLFO PINEDA-MEJIA

### ORDER VACATING PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion to Vacate the Preliminary Order of Forfeiture, entered by the Court on November 20, 2018, as it relates to the following assets:

1. Approximately 14 million Colombian pesos (valued at approximately $4,798.14 in U.S. currency); and

2. Approximately 55 Guatemalan quetzals (valued at approximately $7.35 in U.S. currency).

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

ORDERED in Tampa, Florida, this 9th day of January, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record